**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| LUZ Y. RODRÍGUEZ-RIVERA,<br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | CIVIL NO. 26-1382 (GLS) |

**ORDER**

Plaintiff Luz Y. Rodríguez-Rivera filed a Complaint seeking review of a final decision of the Commissioner of Social Security ("Commissioner") which denied her application for disability insurance benefits. Docket No. 1. On August 17, 2026, the Commissioner filed the transcript of the administrative record. Docket No. 10. On November 23, 2026, the parties jointly requested that the Court remand the case to the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Docket No. 16.

The parties' joint motion is **GRANTED**. Judgment shall be entered remanding the case to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 24th day of November 2026.

s/Giselle López-Soler
GISELLE LÓPEZ-SOLER
United States Magistrate Judge